```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 01643
   ALETHEA L CLEGG
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6436

---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 01/25/2008 and was confirmed 04/09/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  98.00%.

     The case was dismissed after confirmation 08/20/2008.
---------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
---------------------------------------------------------------------------
SANTANDER CONSUMER USA    SECURED VEHIC    13316.58         64.84        671.08
DEVON FINANCIAL SERVICES  UNSECURED         1055.37           .00           .00
ADVOCATE HEALTH CTR       UNSECURED        NOT FILED          .00           .00
AMERICAS FINANCIAL CHOIC  UNSECURED        NOT FILED          .00           .00
CFCC                      UNSECURED        NOT FILED          .00           .00
CAVALRY INVESTMENTS       UNSECURED        NOT FILED          .00           .00
CITY OF CHICAGO PARKING   UNSECURED         2430.00           .00           .00
CREDIT PROTECTION         UNSECURED        NOT FILED          .00           .00
GEMB/JCPENNY              UNSECURED        NOT FILED          .00           .00
GREAT AMERICAN FINANCE    UNSECURED          104.84           .00           .00
H&F LAW                   UNSECURED        NOT FILED          .00           .00
HEIGHTS FIN               UNSECURED        NOT FILED          .00           .00
HEIGHTS FINANCE CORP      UNSECURED        NOT FILED          .00           .00
HOUSEHOLD RETAIL          UNSECURED        NOT FILED          .00           .00
SANTA BARBARA BANK & TRU  UNSECURED         1843.00           .00           .00
SECURITY FINANCE          UNSECURED          334.00           .00           .00
THE PAYDAY LOAN STORE     UNSECURED        NOT FILED          .00           .00
UNIVERSAL FIDELITY CORP   UNSECURED        NOT FILED          .00           .00
ERMA SIMMS                NOTICE ONLY      NOT FILED          .00           .00
GREAT AMERICAN FINANCE    SECURED NOT I     200.00            .00           .00
SANTANDER CONSUMER USA    UNSECURED        NOT FILED          .00           .00
LEGAL HELPERS PC          DEBTOR ATTY      2,900.00                        70.00
TOM VAUGHN                TRUSTEE                                          70.08
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 876.00

PRIORITY                                            .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01643 ALETHEA L CLEGG
```

```
SECURED                                                          671.08
    INTEREST                                                      64.84
UNSECURED                                                           .00
ADMINISTRATIVE                                                    70.00
TRUSTEE COMPENSATION                                              70.08
DEBTOR REFUND                                                       .00
                                          ---------------  ---------------
TOTALS                                            876.00          876.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 11/19/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```